*W. G. Martin,* for plaintiffs in error.  *C. H. Beazley,* contra.

----

### 1701.  ATLANTIC COAST LINE RAILROAD CO. *v.* SMITH

HILL, C. J.   1. In a suit against a railroad company, to recover the value of two oxen killed by the running of an engine and cars of the defendant, where the fact of killing was not denied, and was proved not only by the plaintiff's witnesses, but by the positive testimony of the engineer and the fireman in charge of the train at the time of the killing, it was not error for the court, in the charge, to tell the jury that the killing of the oxen was not denied by the railroad company.

2. The verdict is fully supported by the evidence, and the special assignments of error consist of hypercritical objections to a fair, full, and substantially accurate charge, and are so wholly without merit as to constrain the conclusion that the writ of error was for delay only. The motion of the defendant in error for ten per cent. damages is granted.
                                          *Judgment affirmed, with damages.*

Action for damages, from city court of Waycross—Judge Myers. January 22, 1909.

Submitted March 30,—Decided June 29, 1909.

*Bennet & Conyers, S. W. Hitch,* for plaintiff in error.

*J. L. Sweat,* contra.